

# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas   78206

Jeannette J. Clack
Clerk of Court

August 13, 2021

LUCY ADAMS-CLARK
BEXAR COUNTY CLERK
BEXAR COUNTY COURTHOUSE
100 DOLOROSA, SUITE 104
SAN ANTONIO, TEXAS   78205-3002

I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the County Court-At-Law 3 of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge Xavier Rodriguez.  Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-21-CV-751-XR;  VALERIE TAFOYA  v PHH MORTGAGE CORPORATION, et al;  IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 13th day of August, 2021.

JEANNETTE J. CLACK, CLERK

BY: _____

Rosanne Garza, Deputy Clerk